Decided January 10, 1995

OLD STONE BANK *v.* BARBARA ANN MURRAY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 13917) is denied.

*Barbara Ann Murray,* pro se, in support of the petition.

*William K. Eisenman,* in opposition.

Decided January 10, 1995